ETHEL W. BROWN, Respondent, v. CLARENCE C. McCHESNEY et al., Copartners Doing Business under the Name of C. C. McCHESNEY & SONS, Appellants. JOHN S. BROWN, Respondent, v. CLARENCE C. McCHESNEY et al., Copartners Doing Business under the Name of C. C. McCHESNEY & SONS, Appellants.—

Present — Foster, P. J., Heffernan, Brewster, Bergan and Coon, JJ.

AMY GOUGH, Appellant, v. WADHAMS MILLS GRANGE No. 1015, P. OF H., Respondent. VERNON M. GOUGH, Appellant, v. WADHAMS MILLS GRANGE No. 1015, P. OF H., Respondent.—

Foster, P. J., Heffernan, Brewster, Bergan and Coon, JJ., concur.